UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| KATHERINE J. UDAL<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>Defendant. | Civil No. 6:23-CV-01124-MC<br><br><br>ORDER FOR REMAND |

Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded. Upon remand, the Appeals Council will instruct an Administrative Law Judge (ALJ) to issue a new decision and instruct the ALJ to re-evaluate the evidence of record. The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

IT IS SO ORDERED this   30th   day of   January   , 2024.

                                              s/Michael J. McShane
                                              UNITED STATES DISTRICT JUDGE

Submitted by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

KEVIN DANIELSON, OSB #065860
Executive Assistant United States Attorney

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2732